**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

NEIL H. GREENBERG, ESQ.

JUSTIN M. REILLY, ESQ.

HEATHER BABIONE, ESQ.

CATALINA ROMAN

PARALEGAL

September 30, 2016

VIA: ECF filing

Honorable Leonard D. Wexler
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: Andreano v. NBTY Manufacturing New York, Inc.
15 CV 867 (LDW) (AKT)

Dear Judge Wexler:

My office represents the Plaintiff in the above-referenced matter.

This correspondence is to inform the Court that the parties have reached a settlement of plaintiff's claims in their entirety.

Thus, it is the parties' joint request that the Court adjourn the pretrial conference scheduled for October 5, 2016 at 10:30 a.m. without a date.

Since this is a Fair Labor Standards Act case, the parties expect to file their settlement agreement and motion for judicial approval within 30 days.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: Amy L. Ventry-Kagan, Esq.